In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV
2007 AUG -3 P 4: 40
CLERK L. Flanders
SO. DIST. OF GA.

| | | |
|---|---|---|
| LLOYD MURRAY and BILLIE MURRAY, Individually and on Behalf of Other Plaintiffs Similarly Situated, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| RUBY TUESDAY, INC., | : | |
| Defendant. | : | NO. CV207-050 |

## O R D E R

Presently before the Court is Plaintiffs' motion to remand this case to the Superior Court of McIntosh County, Georgia. The Court has accepted briefing and oral argument on this matter. Having considered Plaintiffs' original complaint and the notice of removal together with the attachments thereto, the Court finds that Defendant has carried its burden of establishing federal court jurisdiction at the time the case was removed. See Miedema v. Maytag Corp., 450 F.3d 1322, 1331 (11th Cir. 2006); Lowery v. Ala. Power Co., 483 F.3d 1184, 1213 (11th Cir. 2007). Plaintiffs have failed to carry their burden of demonstrating the applicability of either of the local

AO 72A
(Rev. 8/82)

controversy exceptions provided under CAFA. See Evans v. Walter Indus., Inc., 449 F.3d 1159, 1164 (11th Cir. 2006) ("[W]e hold that the plaintiffs bear the burden of proving the local controversy exception to the jurisdiction otherwise established."). Accordingly, Plaintiffs' motion to remand (Doc. No. 15) is **DENIED**.

**SO ORDERED**, this 3 day of August, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Sarah B. Belter
Nan Roberts Eitel
Genevieve M. Hartel
Cornelius R. Heusel
Aimee M. Quirk
Terry L. Readdick
Laura E. Roberts
Brent J. Savage
Berrien L. Sutton
Leslie Beale

CASE NO: 2:07-CV-050
DATE SERVED: 8/3/07
SERVED BY: LJF

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate